IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THEOPHUS DAVISON,
    Petitioner,

vs.                      Case No.:  3:11cv433/RV/EMT

STATE OF FLORIDA DEPARTMENT
OF CORRECTIONS,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 21, 2012 (doc. 13).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Petitioner's request to voluntarily dismiss his habeas petition (doc. 12) is **GRANTED** and this action dismissed without prejudice.

    **DONE AND ORDERED** this 26th day of March, 2012.

                                    /s/ *Roger Vinson*
                                    **ROGER VINSON**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**